UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **YUBIZAY DEL CARMEN TORREALBA LINAREZ**, a/k/a **TORREALBA LINAREZ**,<br><br>**Petitioner,**<br><br>v.<br><br>**DERRICK STAMPER, et al.**<br><br>**Respondents.** | Civil Action No. 1:26-cv-00101-JAW |

# EMERGENCY ORDER CONCERNING STAY OF TRANSFER OR REMOVAL

Petitioner, Yubizay Del Crmen Torrealba Linarez has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241(a), contending that she is being unlawfully confined in violation of the Constitution and laws of the United States.

To provide a fair opportunity for the judge assigned to this case to review the merits of the petition and to rule on any contested issues of jurisdiction, unless otherwise ordered by the assigned judge, respondents will not remove the petitioner from the jurisdiction of the United States or transfer petitioner to a judicial district outside that of Maine for a period of at least 72 hours from the time this Order is docketed.

The Clerk of this court shall serve a copy of the petition and this Order (by email) on the civil duty attorney for the United States Attorney's Office.

/s/ John A. Woodcock, Jr.
UNITED STATES DISTRICT JUDGE

February 26, 2026 at Bangor, Maine
Time Order Entered 3:49 p.m.