UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| YUBIZAY DEL CARMEN TORREALBA LINAREZ, )<br><br>Petitioner, )<br><br>v. )<br><br>DERRICK STAMPER, *in his official capacity as Chief Patrol Agent of Houlton Sector, U.S. Border Patrol*, et al., )<br><br>Respondents. ) | No. 1:26-cv-00101-JAW |

**ORDER**

On March 3, 2026, the Court issued an order granting Yubizay del Carmen Torrealba Linarez's petition for writ of habeas corpus, enjoining Respondents from denying Ms. Linarez a bond hearing on the basis that 8 U.S.C. § 1225(b)(2) applies to her and further ordering Respondents to provide Ms. Linarez a bond hearing in accordance with 8 U.S.C. § 1226(a)(2) within fourteen days of the date of that order.

Given Ms. Linarez's deteriorating medical condition, the Court scheduled a telephone conference with counsel for later that same afternoon and suggested that counsel confer and determine whether they can agree to an appropriate medical treatment plan during Ms. Linarez's detention or a release plan with appropriate conditions to assure her appearance at the to be scheduled bond hearing.

At the March 3, 2026 telephone conference, over Respondents' objection and acknowledging that Respondents did not waive any legal challenge in opposition to Ms. Linarez's petition, the Court removed the fourteen day deadline for Respondents

to provide a bond hearing to Ms. Linarez and set the following release plan and conditions.

The Court ORDERS Respondents to release Yubizay del Carmen Torrealba Linarez by no later than 8:00 p.m. on March 3, 2026 and to return any of Ms. Linarez's personal property Respondents have in their possession to Ms. Linarez by that same time.

The Court ORDERS Ms. Linarez to provide Respondents with an appropriate address for Respondents to contact her regarding her bond hearing and related removal proceedings. The Court further ORDERS Ms. Linarez to attend her bond hearing when scheduled.

Finally, the Court ENJOINS Respondents from denying Ms. Linarez a bond hearing on the basis that 8 U.S.C. § 1225(b)(2) applies to her and further ORDERS Respondents to provide Ms. Linarez a bond hearing in accordance with 8 U.S.C. § 1226(a)(2). The Court further ORDERS Respondents to file a status report within five days of Ms. Linarez's bond hearing, stating whether Ms. Linarez has been granted bond, and, if her request was denied, the reasons for that denial.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of March, 2026