UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

YUBIZAY DEL CARMEN LINAREZ,   )
                          )
   Petitioner                )
                          )
v.                           )  CIVIL NO.: 1:26-cv-00101-JAW
                          )
DERRICK STAMPER, et al.,     )
                          )
   Respondents          )

## JUDGMENT

Pursuant to the Order Granting Petition for Writ of Habeas Corpus entered

by U.S. District Judge John A. Woodcock, Jr., on March 3, 2026;

The Petition for Writ of Habeas Corpus is granted.


                 Jennifer P. Lyons, Clerk


                 By:   <u>/s/ Meghan York</u>
                      Deputy Clerk


Dated: March 4, 2026